IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                                                                  Case No.:  2:22-cv-02319

GREGORY REALTY GP,

    Defendant.

---

NOTICE OF SETTLEMENT

---

    Plaintiff, JEREMY GREY and Defendant, GREGORY REALTY GP, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 3RD day of January, 2023.

    RESPECTFULLY SUBMITTED;

    */s/Rebecca J. Hutto*
    REBECCA J. HUTTO #39252
    Attorney for Plaintiff
    208 Adams Avenue
    Memphis, Tennessee 38103
    (901) 523-1844 – phone
    (901) 523-1857 – fax
    rebecca@wcwslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2023, the foregoing document is being served this day on all individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*