# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    No. 2:22-cv-2319-SHL-atc |
| | ) |
| GREGORY REALTY GP, | ) |
|    Defendant. | ) |

## ORDER REQUIRING UPDATE AS TO STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court on Plaintiff Jeremy Grey's Complaint, (ECF No. 1), filed May 23, 2022. On January 3, 2023, Plaintiff filed a Notice of Settlement, providing that the Parties have tentatively settled the matter and upon execution of the settlement documents would file the necessary paperwork to dismiss the case. (ECF No. 18.)

Pursuant to LR 83.13(b), the deadline to file such stipulation was January 31, 2023, and the parties have failed to do so. Thus, the Court **ORDERS** Plaintiff[1] to update the Court within **fourteen (14) days** of the entry of this Order as to the status of the filing of the stipulation of dismissal with prejudice. Failure to respond by this deadline will result in dismissal of this action for failure to prosecute.

The Court also **DIRECTS** the Clerk's Office to mail this Order to the Defendant at the following address, which is the address where service of process was accomplished. (See ECF No. 16.):

---

[1] Defendant has not filed a notice of appearance nor did Defendant file an answer. Plaintiff's counsel is therefore the only attorney who has appeared in this litigation.

Gregory Realty GP
855 Ridge Lake Blvd., Suite 100
Memphis, Tennessee 38120

**IT IS SO ORDERED,** this 21st day of February, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
