**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JEREMY GREY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-2319-SHL-atc |
| | ) | |
| GREGORY REALTY GP, | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed May 23, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Stipulation of Dismissal, (ECF No. 20), filed February 22, 2023, and construed by the Court as pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 22, 2023
Date